IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULETTE KREMMEL, ) | |
| ANGELA BARNES, ) | |
| JAMIE KILGORE, ) | |
| TRAVIS GARNER, ) | |
| DOMINIQUE MORRISON, ) | |
| AMY HILL, and ) | |
| PATRICIA CAMPBELL, ) | |
| individually and on behalf ) | |
| of all others similarly-situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:17-cv-00147 |
| v. ) | |
| ) | |
| AQ TEXTILES, LLC, ) | |
| CREATIVE TEXTILE MILLS PVT. LTD., ) | |
| THE TJX COMPANIES, INC. d/b/a ) | |
| TJ MAXX and HOME GOODS, ) | |
| ROSS STORES, INC. ) | |
| MACY'S RETAIL HOLDINGS, INC., and ) | |
| BELK, INC., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action without prejudice. No Defendant has filed an answer or a motion for summary judgment in this action.

Dated: June 2, 2017

Respectfully submitted,

By:   */s/ Stuart L. Cochran*

   Matthew H. Armstrong
   ARMSTRONG LAW FIRM LLC
   8816 Manchester Rd., No. 109
   St. Louis MO 63144
   Tel: 314-258-0212
   Email: matt@mattarmstronglaw.com

   Stuart L. Cochran
   R. Dean Gresham
   Bruce W. Steckler
   L. Kirstine Rogers
   STECKLER GRESHAM COCHRAN PLLC
   12720 Hillcrest Rd., Ste. 1045
   Dallas, TX 75230
   (p) 972.387.4040
   (f) 972.387.4041
   stuart@stecklerlaw.com
   dean@stecklerlaw.com
   bruce@stecklerlaw.com
   krogers@stecklerlaw.com

   Attorneys for Plaintiffs and the Putative Class

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on June 2, 2017 using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

By:   */s/ Stuart L. Cochran*